HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
STEPHEN HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:14-mj-00070-MJS |
| Plaintiff, | STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AT INITIAL APPEARANCE; ORDER THEREON |
| vs. | |
| STEPHEN HILL, | Date:  January 26, 2016 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Stephen Hill, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance and be allowed to appear via video conference.  Mr. Hill agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government has no objection to this request.

Mr. Hill is charged by Violation Notice with driving with a suspended license behind a DUI conviction and failing to comply with a traffic control device.  This is Mr. Hill's first request for a waiver of appearance.  His initial appearance was originally scheduled for August 5, 2014.  On that date, he failed to appear as he was in custody on state charges.  The Court

rescheduled the initial appearance for October 28, 2014.  Mr. Hill again failed to appear, and the Court issued a warrant.  Mr. Hill was recently picked up on the warrant and released with an order to appear on January 26, 2016.

Mr. Hill lives in San Bernardino, California, and returning to Yosemite would pose a considerable hardship given the distance.  Mr. Hill works full-time as a warehouse laborer and earns approximately $300 per week.  He does not have a valid driver's license and, thus, is unable to drive himself to Yosemite for his court appearance.  Although there is public transportation available, the trip would take over twelve hours and Mr. Hill would need to pay for lodging for at least one night in addition to bus and train fare.

Therefore, Mr. Hill respectfully requests the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video conference from the United States District Court located in Riverside, California.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  December 23, 2015          /s/ Erin Snider
                                   ERIN SNIDER
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   STEPHEN HILL

**O R D E R**

**GOOD CAUSE APPEARING**, and the Government having no objection, Defendant's request for waiver of personal appearance and request to appear via video conference at the initial appearance hearing in case No. 6:14-mj-00070-MJS, is hereby granted.

IT IS SO ORDERED.

Dated:   December 24, 2015           /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

Hill/Request for Rule 43 Waiver of Appearance

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Hill/Request for Rule 43 Waiver of Appearance