1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   STEPHEN HILL
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) Case No. 6:14-mj-00070-MJS
                                      )
12 |         Plaintiff,                ) **MOTION TO VACATE APRIL 18, 2017**
                                      ) **REVIEW HEARING; ORDER**
13 | vs.                               )
                                      )
14 | STEPHEN HILL,                     )
                                      )
15 |         Defendant.                )
                                      )
16

17        Defendant Stephen Hill hereby requests that the Court vacate the April 18, 2017 review
18 hearing. The government is in agreement with the request.
19        On May 17, 2016, the Court sentenced Mr. Hill to thirty-six months of unsupervised
20 probation, with the conditions that he obey all laws and advise the Court and Government
21 Officer within seven days of being cited or arrested for any alleged violation of law. He was also
22 sentenced to pay a $10.00 penalty assessment, complete 100 hours of community service within
23 thirty-four months, obtain his driver's license within thirty-four months of probation, and attend
24 Alcoholics Anonymous ("AA") or some other comparable form of alcohol counseling two times
25 monthly for the first twelve months. At the time of sentencing, the Court set an interim review
26 hearing for April 18, 2017, to determine whether Mr. Hill was in compliance with the terms of
27 probation. A final review hearing is set in this matter for April 9, 2019.
28        To date, Mr. Hill has paid the special assessment and has attended AA meetings at the

rate of two times per month. In addition, he has enrolled in and is regularly attending an 18-month DUI program and has obtained a restricted driver's license.

Accordingly, Mr. Hill has complied with all conditions of his probation, and he hereby requests that his April 18, 2017 review hearing be vacated.

                                  Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: April 6, 2017                          */s/ Reed Grantham*
                                  REED GRANTHAM
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  STEPHEN HILL

## **O R D E R**

Based on the parties' joint representation that Mr. Hill is in compliance with the conditions of his probation, in case number 6:14-mj-00070-MJS, the Court vacates the review hearing scheduled for April 18, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  April 7, 2017                         /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE